Okay. Okay. Okay. Okay. Okay. Okay. Okay. All right. Yeah. All right. Yeah.  Yeah. All right. All right. All right. All right. Yeah. Yeah. Yeah. Yeah. Yeah. Yeah. All right. All right. Yeah. All right. Yeah. All right. Yeah. All right. Yeah. I know. Yeah. Yeah. Yeah. Yeah. Yeah. Yeah. Okay. Uh huh. Yeah. Yeah. Yeah. Yeah. Yeah. Yeah. Uh huh. Oh God. Yeah. Yeah. Yeah. Yeah.